UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
Vadim Pavlotskiy,

                Plaintiff,

  - against -

William Joyce, U.S. Department of Homeland Security, and U.S. Immigration and Customs Enforcement,
                Defendants.
-------------------------------------------------------------X

**SCHEDULING ORDER AND ORDER TO SHOW CAUSE**

No. 25-CV-05761 (RER)

**RAMÓN E. REYES, JR., District Judge:**

    Upon review of the complaint for a writ of mandamus, it is hereby ORDERED that:

1. Plaintiff shall promptly serve the complaint on Defendants.

2. Within sixty (60) days of receipt of service, the United States Attorney, as attorney for Defendants, is directed to show cause why a writ of mandamus should not be issued, and shall serve a copy of the response on Plaintiff, with proof of such service to the Clerk of Court;

3. Plaintiff shall file a reply, if any, with the Clerk of Court within thirty (30) days of receiving the response, and serve a copy on the Defendants;

4. Service of a copy of this Order, together with a copy of the complaint, shall be made by the Clerk of Court via electronic case filing to the United States Attorney and to Plaintiff.

                              SO ORDERED.

                              /s/ Ramón E. Reyes, Jr.
                              RAMÓN E. REYES, JR.
                              United States District Judge

Dated: October 21, 2025
       Brooklyn, New York